UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: LATANYA NICOLE TOLIVER       CASE NO. 15-80067
                                    CHAPTER 13

## MOTION TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW INTO COURT, through undersigned counsel comes Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. ("Creditor"), who respectfully represents as follows:

1.

Creditor has filed a Motion for Relief from Automatic Stay **(P. 31)** in the above entitled and numbered case, which is scheduled to come on for hearing on April 07, 2016.

2.

Creditor desires to withdraw the above motion without prejudice.

**WHEREFORE, MOVER PRAYS** that the Motion for Relief from Automatic Stay in the above entitled and numbered case be withdrawn without prejudice.

    DEAN MORRIS, L.L.C.
    1820 Avenue of America
    P. O. Box 15270
    Monroe, LA  71207-5270
    (318) 388-1440

    /S/ Jason R. Smith
    ATTORNEY FOR CREDITOR

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: LATANYA NICOLE TOLIVER  CASE NO. 15-80067
CHAPTER 13

**CERTIFICATE OF SERVICE**

    I, Jason R. Smith, hereby certify that I have notified the following interested parties of the Motion to Withdraw Motion for Relief filed by Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Latanya Nicole Toliver<br>208 Melrose Ave<br>Natchitoches, LA 71457 | Jon C Thornburg, Trustee<br>PO Box 1991<br>Alexandria, LA 71309-1991 |
| L. Laramie Henry<br>Attorney at Law<br>P.O. Box 8536<br>Alexandria, LA 71306 | Office of the U.S. Trustee<br>300 Fannin Street<br>Suite 3196<br>Shreveport, LA 71101 |

by mailing this notice and a copy of the Motion to Withdraw Motion for Relief filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 30th day of March, 2016.

                                      DEAN MORRIS, L.L.C.
                                      1820 Avenue of America
                                      P. O. Box 15270
                                      Monroe, LA 71207-5270
                                        (318) 388-1440

                                        /S/ Jason R. Smith
                                        ATTORNEY FOR CREDITOR